UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RADLEY ALCANTARA, et al., individually and on behalf of all others similarly situated,<br><br>                                  Plaintiffs,<br><br>v.<br><br>AMERICAN HONDA MOTOR CO., INC., and HONDA MOTOR COMPANY LIMITED,<br><br>                                  Defendants. | Case No.:  25-cv-02376-AJB-MMP<br><br>**ORDER GRANTING JOINT MOTION TO CONSOLIDATE**<br><br>**(Doc. No. 34)** |

Plaintiffs Radley Alcantara, Ashley Bowman, Kevin Lucey, Austin Polson, Tiffany Richardson, and Brian Wise and Defendant American Honda Motor Co., Inc. jointly move to consolidate this action with *Bissell, et al. v. American Honda Motor Co.*, No. 3:24-cv-02286-AJB-MMP (S.D. Cal. Dec. 6, 2024), with *Bissell* serving as the lead case. All future submissions shall be filed only in *Bissell* (Case No. 3:24-cv-02286-AJB-MMP).

For the reasons stated in this Court's Order to Show Cause Re: Consolidation (Doc. No. 33), and having considered the joint motion, the joint motion to consolidate is **GRANTED** pursuant to Federal Rule of Civil Procedure 42(a). The benefit to judicial convenience of consolidating this action with the *Bissell* action outweighs the potential for any inconvenience, delay, or expense that consolidation could cause, because consolidation

1

would avoid duplicative discovery and proceedings in these cases that are based on nearly identical allegations, share common issues of law and fact, are in similar stages of development, and are pending in the same venue. *See Huene v. U.S.*,743 F.2d 703, 704 (9th Cir. 1984), *on reh'g*, 753 F.2d 1081 (9th Cir. 1984) (district court "weighs the saving of time and effort consolidation would produce against any inconvenience, delay, or expense that it would cause"). In light of the Joint Motion, the Order to Show Cause regarding consolidation is hereby discharged. (*See* Doc. No. 33.)

**IT IS SO ORDERED.**

Dated: February 10, 2026

Hon. Anthony J. Battaglia
United States District Judge

2